UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>LARRY EDWARD MCPHILLIPS,<br><br>              Defendant. | **INFORMATION**  CR05-398JNE<br><br>(18 U.S.C. § 1030(A)(4)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Fraud and Related Activity in Connection with Computers)

On or about July 1, 2002, in the State and District of Minnesota and elsewhere, the defendant,

LARRY EDWARD MCPHILLIPS,

knowingly and with the intent to defraud accessed without authorization a protected computer, to wit, a computer maintained by Digital River, Inc. and used in interstate and foreign commerce and communication, and by means of such conduct furthered the intended fraud and thereby obtained money, the value of such information exceeding $5,000; all in violation of Title 18, United States Code, Section 1030(a)(4).

Respectfully submitted,

Dated: November 30, 2005

THOMAS B. HEFFELFINGER
United States Attorney

BY: JOSEPH T. DIXON, III
Assistant U.S. Attorney
Attorney ID No. 0283903

SCANNED DEC 01 2005 U.S. DISTRICT COURT MPLS